# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| MARY JEROME, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 05-01124-CV-W-DW |
| AVENTIS PHARMACEUTICALS, INC., | ) ) ) | |
| Defendant. | ) ) | |

# ORDER

Before the Court is Defendant's motion to remand (Doc. 6). Plaintiff endorses the motion to remand (Doc. 7). Because this case arises, in part, under Missouri workmen's compensation laws, it is nonremovable. See 28 U.S.C. § 1445(c). Therefore, the Court GRANTS Defendant's motion to remand (Doc. 6). This case is REMANDED to the Circuit Court of Jackson County, Missouri.

SO ORDERED.

    /s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date: November 28, 2005